AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| Mohammed Sabry SOLIMAN | ) | Case No. |
| *Defendant* | ) | |
| | ) | |

**ARREST WARRANT**

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Mohammed Sabry SOLIMAN, who is accused of an offense or violation based on the following document filed with the court:

☐Indictment   ☐Superseding Indictment   ☐Information   ☐Superseding Information   ☒Complaint
☐Probation Violation Petition   ☐Supervised Release Violation Petition   ☐Violation Notice   ☐Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 249(a)(1), (2) - Hate crime involving actual or perceived race, religion, or national origin

Date: June 1, 2025

*Issuing officer's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*