IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

       Defendant.

## GOVERNMENT'S MOTION TO UNRESTRICT DOCUMENT

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for an order unrestricting the Complaint, the Affidavit in Support of the Complaint, and the Arrest Warrant filed in this matter and restricted by operation of D.C.COLO.LCrR 47.1(g)(1), and as grounds therefore submits the following:

1. Said Complaint, Affidavit in Support of the Complaint, and Arrest Warrant have been filed against a defendant who is currently being held in state custody for state charges arising from the same facts and circumstances described in the above referenced documents.

2. Because the defendant is on notice of the fact that he is being investigated for these crimes, there is no ongoing need for them to remain restricted until such time as they can be executed, and he can appear on them.

3. Furthermore, there are public interests, like the deterrent effect of these charges, that weigh against them remaining restricted by operation of local rules.

WHEREFORE, it is respectfully requested that the above referenced Complaint, Affidavit in Support of the Complaint and the Arrest Warrant be filed unrestricted.

Dated June 1, 2025.

                                                J. BISHOP GREWELL
                                                Acting United States Attorney

                                                By:    /s/ Melissa Hindman
                                                Melissa Hindman
                                                Assistant United States Attorney
                                                1801 California Street, Suite 1600
                                                Denver, CO 80202
                                                Telephone: 303-454--0100
                                                E-mail: melissa.hindman@usdoj.gov
                                                Attorney for the United States