IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

    Defendant.

---

**ORDER TO UNRESTRICT DOCUMENT**

---

The Court has considered the Government's Motion to Unrestrict the Complaint, the Affidavit in Support of the Complaint and the Arrest Warrant in the above-referenced case.

Upon consideration of this request,

IT IS ORDERED that the Complaint, the Affidavit in Support of the Complaint and the Arrest Warrant shall be filed unrestricted in this matter.

IT IS SO ORDERED on this __1st__ day of __June__, 20 __25__.

BY THE COURT:

_N. Reid Neureiter_
The Hon. N. Reid Neureiter
United States Magistrate Judge
District of Colorado