IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-mj-00108-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

    Defendant.

_____

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce Mohammed Sabry Soliman, YOB: 1979, ID Number IN2502501, now confined in Boulder County Jail, 3200 Airport Rd, Boulder, CO 80301, before a United States Magistrate Judge on June 6, 2025 to appear for proceedings in the above-referenced and pending case; and to hold said Defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-

//

entitled case, return said Defendant to the institution where he was confined, under safe and secure conduct.

    SO ORDERED this <u>3rd</u> day of June, 2025.

                      BY THE COURT:

                      *N. Reid Neureiter*
                      UNITED STATES DISTRICT COURT
                      DISTRICT OF COLORADO