IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-mj-00108-NRN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

       Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

                    Respectfully submitted,

                    VIRGINIA L. GRADY
                    Federal Public Defender

                    *s/ David Kraut*
                    DAVID KRAUT
                    Assistant Federal Public Defender
                    633 17th Street, Suite 1000
                    Denver, CO  80202
                    Telephone: (303) 294-7002
                    FAX: (303) 294-1192
                    Email: David_Kraut@fd.org
                    Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2025, I filed the foregoing ***Notice of Appearance*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Melissa E. Hindman, Assistant United States Attorney
    Email: melissa.hindman@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Mohammed Sabry Soliman (via U.S. mail)

                          *s/ David Kraut*
                          DAVID KRAUT
                          Assistant Federal Public Defender
                          633 17th Street, Suite 1000
                          Denver, CO  80202
                          Telephone: (303) 294-7002
                          FAX: (303) 294-1192
                          Email: David_Kraut@fd.org
                          Attorney for Defendant