IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-MJ-00108-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMMED SABRY SOLIMAN

    Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 17th day of June, 2025.

                        HARMEET K. DHILLON
                        Assistant Attorney General
                        Civil Rights Division

By:    *s/ MarLa N. Duncan*
        MarLa N. Duncan
        Trial Attorney
        Criminal Section
        Civil Rights Division
        150 M Street NE, 4CON
        Washington, DC 20002
        Telephone: (202) 598-3508
        Email: marla.duncan@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 17th day of June, 2025, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                           By:  *s/ MarLa N Duncan*
                                 MarLa N. Duncan
                                 Trial Attorney
                                 Criminal Section
                                 Civil Rights Division